[No. 12817-2-III.     Division Three.     October 27, 1994.]

*In the Matter of the Marriage of* CAROL SHIMEK, *Respondent, and* RANDY SHIMEK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-3-02357-3, Philip W. Borst, J., entered October 22, 1992. *Remanded* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 13218-8-III.     Division Three.     October 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTINA NOEL HOAG, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 92-1-00240-2, Evan E. Sperline, J., entered March 23, 1993. *Remanded* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12760-5-III.     Division Three.     October 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO ANTONIO HERRERA, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-1-00270-1, James R. Thomas, J., entered July 14, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 31367-3-I.     Division One.     October 31, 1994.]

*In the Matter of the Marriage of* WILLIAM D. LIMBACH, *Respondent, and* NANCY K. LIMBACH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-09772-6, Harry R. Slusher, J. Pro Tem., entered August 5, 1992. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.